**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUANETTA JONES,**

    **Plaintiff,**

vs.                                    Case No.  6:13-CV-1049-ORL-37-DAB

**METROPOLITAN LIFE INSURANCE**
**COMPANY, d/b/a METLIFE, and**

**VERIZON COMMUNICATIONS, INC.,**

    **Defendants.**
_____/

**DEFENDANT, VERIZON COMMUNICATIONS, INC.'S,**
**UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME**
**TO RESPOND TO THE COMPLAINT, AND FOR AN EXTENSION OF TIME IN**
**WHICH TO FILE OTHER INITIAL ITEMS**

Defendant, VERIZON COMMUNICATIONS, INC. ("Defendant Verizon Communications"), pursuant to Rule 6(b)(1)(A), Fed. R. Civ. P. and M.D. Fla. L. R. 3.01(g), requests that the Court extend for two days the deadline for Defendant Verizon Communications to respond to Plaintiff's Complaint (Dkt. No. 1), and to allow an equivalent extension for Defendant Verizon Communications to file other initial items with the Court, stating the following:

1. On August 6, 2013, this Court granted Defendant Verizon Communications' Motion for Extension of Time in which to Answer Plaintiff's Complaint (Dkt. No. 10).

2. Per the Court's Order (Dkt. No. 11), the time for responding was enlarged by fourteen (14) days, until August 20, 2013.

3. On August 9, 2013, this Court entered an Order (Dkt. No. 15) granting Defendant Metropolitan Life Insurance Company's ("MetLife") Motion for Extension of Time (Dkt. No. 12). The Court gave MetLife until August 22, 2013, to respond.

4. Defendant Verizon Communications requests additional time to submit its response. The extension requested is another two (2) days (i.e., up to and including August 22, 2013) to respond to the Complaint. The proposed extension would include the deadlines by which Defendant Verizon Communications is to file a Notice of Pendency of Other Actions, and a Certificate of Interested Persons and Corporate Disclosure Statement, which deadlines also would be extended until August 22, 2013.

5. This Motion is not filed for purposes of delay, and furthermore, the granting of this Motion will not prejudice Plaintiff, as Defendant MetLife also will be responding to the Complaint on August 22, 2013.

## **MEMORANDUM OF LAW**

When a party moves for an extension of time before a deadline has expired, Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure allows the Court to grant the extension upon a showing of good cause. Based on the foregoing, Defendant Verizon Communications respectfully suggests that it has shown good cause why additional time should be granted to it for filing a response to the Complaint, and for filing other initial items with the Court.

## CERTIFICATE OF GOOD FAITH

Pursuant to M.D. Fla. L.R. 3.01(g), the undersigned hereby certifies that he has conferred with counsel for Plaintiff and that Plaintiff does not oppose giving Defendant Verizon Communications until August 22, 2013, to respond to the Complaint.

## CONCLUSION

WHEREFORE, for all the foregoing reasons, Defendant, VERIZON COMMUNICATIONS, INC., respectfully requests that the Court grant it an extension of time to respond to Plaintiff's Complaint, up to and including August 22, 2013.

Dated this  20th  day of August, 2013.

        Respectfully submitted,

        *s/ Gregory A. Hearing*
        GREGORY A. HEARING
        Florida Bar No.: 817790
        SACHA DYSON
        Florida Bar No.: 509191
        THOMPSON, SIZEMORE, GONZALEZ
        & HEARING, P.A.
        201 N. Franklin Street, Suite 1600
        Post Office Box 639 (33601)
        Tampa, Florida, 33602
        Tel: (813) 273-0050
        Fax: (813) 273-0072
        Attorneys for Defendant Verizon
        Communications, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this __20th__ day of August, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Nicholas E. Karatinos, Esq., and Bonnie A. Berns, Esq., counsel for Plaintiff; and Stephanie A. Segalini, counsel for Defendant MetLife.

*s/ Gregory A. Hearing*
Attorney